**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Courtney Yorke,<br><br>                           Plaintiff,<br><br>vs.<br><br>Career Systems Development Corp., and /b/a Vinnell Corp., and d/b/a Hubert H. Humphrey Job Corps Center,<br><br>                           Defendants. | Case No. 05-CV-188 (JNE/JGL)<br>Case Type:  Employment<br><br><br>**ORDER OF (1) PARTIAL DISMISSAL WITH PREJUDICE OF COUNTS I, II, III, AND IV OF THE COMPLAINT AND (2) FILING OF AMENDED COMPLAINT** |

IT IS HEREBY ORDERED, based on the parties' Stipulation of (1) partial Dismissal with Prejudice of Counts I, II, III, and IV of the Complaint and (2) filing of Amended Complaint (hereinafter the "Stipulation"), that:

1. With the exception of the claims set forth in Counts I and II of Plaintiff's proposed Amended Complaint attached as Exhibit A to the parties' Stipulation, Plaintiff's claims under Title VII and the Minnesota Human Rights Act set forth in Counts I through IV of the Complaint are hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

2. Plaintiff shall amend his Complaint in the form of the proposed Amended Complaint attached as Exhibit A to the parties' Stipulation.

3. Plaintiff shall file and serve each Defendant, through service upon their undersigned counsel of record, with the Amended Complaint within three (3) days of the date of the Court's entry of this Order.

2

4. Each of the Defendants shall have twenty (20) days from the date it is served with the Amended Complaint to serve and file an Answer to the Amended Complaint.

5. Defendants' Motion for Partial Dismissal of Counts I, II, III, and IV of the Complaint (the "Motion for Partial Dismissal") is resolved by the parties' Stipulation and the entry of this Order of the Court, which adopts and incorporates herein the parties' Stipulation.

Dated: June 16, 2005

BY THE COURT:

s/ Joan N. Ericksen_____
The Honorable Joan N. Ericksen
United States District Court Judge